DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BADI BURGOS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2521

[February 1, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 10-9319CF10A.

Bryan D. Savy, West Melbourne, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***